UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES F. FISHER, JR. | CIVIL ACTION NO. 15-2344 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LONNIE NAIL, ET AL. | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Lonnie Nail's Motion for Summary Judgment (Record Document 54) is **GRANTED** and all claims against Nail are **DISMISSED WITH PREJUDICE**. All claims against all defendants have now been resolved, so this is a final judgment.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 5th day of April, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT